IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Zamora, Juanita

Printed: 10/29/08

Case Number: 05 B 04078
Judge: Wedoff, Eugene R
Filed: 2/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: March 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 44,265.70 |  |
| Secured: |  | 40,033.60 |
| Unsecured: |  | 563.57 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,424.20 |
| Trustee Fee: |  | 2,244.33 |
| Other Funds: |  | 0.00 |
| Totals: | 44,265.70 | 44,265.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,424.20 | 1,424.20 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 39,777.17 | 37,513.61 |
| 5. | Carey's Car & Credit Center | Secured | 1,778.75 | 1,778.75 |
| 6. | Chase Home Finance | Secured | 741.24 | 741.24 |
| 7. | ECast Settlement Corp | Unsecured | 149.32 | 276.65 |
| 8. | Personal Finance Company | Unsecured | 137.90 | 255.50 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 17.01 | 31.42 |
| 10. | Best Buy | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 13. | ETI Financial Corp. | Unsecured |  | No Claim Filed |
|  |  |  | $ 44,025.59 | $ 42,021.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 188.95 |
| 3% | 109.10 |
| 5.5% | 545.36 |
| 5% | 170.37 |
| 4.8% | 285.50 |
| 5.4% | 668.39 |
| 6.5% | 276.66 |
|  | $ 2,244.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Zamora, Juanita | Case Number:  05 B 04078 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  2/8/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                         Marilyn O. Marshall, Trustee, by:

